UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BESSIE FAY WESTER,

    Plaintiff,

v.                                                                                                  No. 1:22-CV-015-H

FEDERAL EXPRESS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). Dkt. No. 30. The joint stipulation is approved. It is ordered that the

plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court

is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on March 3, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE